# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * * * | |
| | * | CASE NO.: 2:18-cr-50 |
| v. | * * | |
| REGINALD BECKHAM, | * * | |
| Defendant. | * * | |

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 607. The Magistrate Judge recommended the Court find Defendant Beckham competent to stand trial without holding a competency hearing. Id. at 1. In reaching this conclusion, the Magistrate Judge reviewed the Forensic Report prepared by Dr. Shawn E. Channell at the Federal Medical Center in Devens, Massachusetts. Id.; Dkt. No. 570. The Magistrate Judge also noted that Defendant "stipulated to the findings contained within the Forensic Report." Dkt. No. 607 at 3; see also Dkt. No. 576. No party to this case has filed any Objections.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **FINDS** Defendant Beckham competent to stand trial.

**SO ORDERED**, this 23 day of July, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)